```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17981
   ROOSEVELT HILL
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-5279


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/02/07 and confirmed on 12/17/07.

   2.  The case was dismissed after confirmation, 09/11/2008.

   3.  The Debtor paid a total of $   3872.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST          PRINCIPAL
                                                                 PAID              PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG          .00              .00              .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE          .00              .00              .00
NORTHSTAR CREDIT UNION    SECURED VEHIC      2630.00            71.43           847.22
ACCOUNT RECOVERY SERVICE  UNSECURED         NOT FILED             .00              .00
CHECK & MERCHANT SRVS FR  UNSECURED         NOT FILED             .00              .00
CITY OF NAPERVILLE        UNSECURED           500.00              .00              .00
COMPUTER CREDIT SERVICE   UNSECURED         NOT FILED             .00              .00
ECAST SETTLEMENT CORPORA  UNSECURED           206.19              .00              .00
JL RUSSELL & ASSOCIATES   UNSECURED         NOT FILED             .00              .00
NORTHSTAR CREDIT UNION    UNSECURED         NOT FILED             .00              .00
RECEIVABLES MANAGEMENT I  UNSECURED           365.00              .00              .00
TRUGREEN CHEMLAWN         UNSECURED         NOT FILED             .00              .00
ECAST SETTLEMENT CORPORA  UNSECURED         NOT FILED             .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1522.15              .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2630.00        .00     2593.34         .00       5223.34
PRINCIPAL PAID       847.22        .00         .00         .00        847.22
INTEREST PAID         71.43        .00         .00         .00         71.43
TOTAL PAID           918.65        .00         .00         .00        918.65
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $    3500.00
and was paid $    500.00   direct and $   2753.95   through the plan.

The Trustee received $     199.40 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/17/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 07 B 17981 ROOSEVELT HILL